UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AISHA TYLER, | : | |
| | : | |
| Plaintiff, | : | Case No. 17-cv-10881 |
| | : | Hon. Matthew F. Leitman |
| v. | : | |
| | : | |
| HELVEY & ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Pursuant to the parties' July 13, 2017, Stipulation of Dismissal, With Prejudice, and for GOOD CAUSE shown, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs.

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: July 13, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2017, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                             Case Manager
                                             (313) 234-5113